**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| IN RE: | ) | |
| GUANTANAMO BAY | ) | Misc. No. 08-442 (TFH) |
| DETAINEE LITIGATION | ) | |

|  |  |  |
|---|---|---|
| | ) | |
| ABDUL RAHMAN AHMED, | ) | |
| a/k/a ABDUL AL RAHMAN AL ZIAHRI, | ) | |
| a/k/a ABDURAHMAN LNU, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 09-0745 (RCL) |
| | ) | |
| BARACK OBAMA, | ) | |
| President of the United States, *et al.,* | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

**ORDER**


Upon consideration of the parties' Joint Motion for a Stay, it is hereby


**ORDERED** that the parties' Joint Motion for a Stay is GRANTED.  It is further


**ORDERED** that this case is STAYED until August 31, 2009.  It is further


**ORDERED** that the Protective Order entered on September 11, 2008 remains in effect

during the period of the stay.  It is further

**ORDERED** that the parties may move the Court to lift the stay during the 120-day period provided the moving party gives the non-moving party written notice ten (10) days prior to the date of filing the motion.  It is further

**ORDERED** that the parties shall submit a joint report regarding the status of this case on August 31, 2009.

Date: __April 29, 2009_____        __/s/ Royce C. Lamberth_____
                                    UNITED STATES DISTRICT JUDGE